

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00079-CR

Wakeem Tyrone Mathis Jr.
v.
The State of Texas

On Appeal from the
361st District Court of Brazos County, Texas
Trial Court Cause No. 18-02520-CRF-361

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

December 30, 2020